KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:   (310) 312-2000
Facsimile:   (310) 312-3100

GREGORY LEIGHTON (*pro hac vice pending*)
  gleighton@nge.com
TANVI PATEL (*pro hac vice pending*)
  tpatel@nge.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-381
Telephone:  (312) 269-8000

Attorneys for Plaintiff
Pet Check Technology, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PET CHECK TECHNOLOGY, LLC, | CASE NO. 2:18-cv-962-R-E |
| Plaintiff, | Honorable Manuel L. Real |
| v. | **RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS (ECF 20)** |
| HANDLR, INC., DOGZENGERY, INC., and BRITTANY ALWERUD | |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

9175035.1

1   Plaintiff, PET CHECK TECHNOLOGY, LLC ("Plaintiff"), by its attorneys,

2   concurrently submits corrected Applications of Non-Resident Attorneys Gregory

3   Leighton and Tanvi Patel to appear *Pro Hac Vice* on behalf of Plaintiff.  Plaintiff's

4   counsel received this Court's Order (ECF 20) on Friday, April 20, 2018.

5   Plaintiff's counsel apologizes for being unable to respond by Tuesday, April 24,

6   2018.  An adequate response to the Court's Order required Plaintiff's counsel to

7   obtain updated Certificates of Good Standing.  Plaintiff's prior issued Certificates

8   of Good Standing had expired, and requesting and receiving new Certificates of

9   Good Standing required more than two business days.  Plaintiff's counsel has

10  received the Certificates of Good Standing and is submitting them herewith the

11  resigned Applications.

12     Respectfully,

13

14  DATED:  April 26, 2016        GREGORY LEIGHTON

15                                TANVI PATEL
                                  NEAL, GERBER & EISENBERG LLP

16                                KARIN G. PAGNANELLI

17                                MITCHELL SILBERBERG & KNUPP LLP

18                                By:   /s/ Karin G. Pagnanelli

19                                      Karin G. Pagnanelli
                                        Attorneys for Plaintiff

20                                      PET CHECK TECHNOLOGY, LLC

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

1